**UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**
**Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court**

Name of U.S. District Court: | U.S.D.C. Hawaii

U.S. District Court case number: | CIVIL NO. 20-00224 DKW-KJM

Date case was first filed in U.S. District Court: | 05/14/2020

Date of judgment or order you are appealing: | 03/10/2021

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes     ○ No     ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

LORETTA TAYLOR
ATLANTICA TANUVASA

Is this a cross-appeal?  ○ Yes     ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?     ○ Yes     ⦿ No

If Yes, what is the prior appeal case number?

Your mailing address:

Pali Palms Plaza, 970 N. Kalaheo Avenue

Suite A301

City: Kailua          State: HI     Zip Code: 96734

Prisoner Inmate or A Number (if applicable):

**Signature** | /s/ Terrance M. Revere          **Date** | July 7, 2022

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**                                                                 *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> LORETTA TAYLOR
> ATLANTICA TANUVASA

Name(s) of counsel (if any):

> TERRANCE M. REVERE, ESQ.
> PAUL V.K. SMITH, ESQ.
> MYLES S. BREINER, ESQ.

Address: 970 N. Kalaheo Ave., Suite A301, Kailua, HI 96734

Telephone number(s): (808) 791-9550

Email(s): terry@revereandassociates.com; myles@breinerlaw.net; paul@reverear

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> UNITED STATES OF AMERICA; U.S. DEPARTMENT OF JUSTICE;
> FEDERAL BUREAU OF PRISONS; HIROMICHI KOBAYASHI,

Name(s) of counsel (if any):

> SYDNEY SPECTOR, ESQ.; DANA BARBATA, ESQ.
> U.S. Attorney's

Address: 300 Ala Moana Boulevard, #6-100, Honolulu, HI 96850

Telephone number(s): (808) 541-2850

Email(s): Sydney.Spector@usdoj.gov; Dana.Barbata@usdoj.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *1*                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

EDWARD BALACUA

Name(s) of counsel (if any):

J. PATRICK GALLAGHER, ESQ.; KAMALOLO K. KOANUI-KONG, ESQ.; KYLE A. MURAOKA, ESQ.

Address: 745 Fort Street, Suite 1550

Telephone number(s): (808) 531-2023

Email(s): pgallagher@insurlawhawaii.com; kkoanui-kong@insurlawhawaii.com;

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                   *2*                          *New 12/01/2018*